UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GIORGIO TAYLOR, <br> TDCJ No. 2477795, <br><br> Plaintiff, <br><br> V. <br><br> ETHAN SAYERS, ET AL., <br><br> Defendants. | § § § § § § § § § § § | No. 3:24-cv-346-B |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: March 18, 2024.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-